IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VALERIE KREGER-MUELLER,

                Plaintiff,

  v.

ARJANG DJAMALI, LISA WALLENKAMP,
REBECCA BADIMASSOUD, MARK OGELSBAY,
PATRICK Q. SHEEHAN, LAURA FISK,
ANNE MECKSHUN, ELIZABETH BRACE,
CHRISTOPHER NEITZEL, and BOARD OF
REGENTS OF THE UNIVERSITY OF
WISCONSIN SYSTEM,

                Defendants.

ORDER

16-cv-283-jdp

---

VALERIE KREGER-MUELLER,

                Plaintiff,

  v.

DAVID M. FLORES, JUDGE SHELLY GAYLORD,
JASON HANSON, JUDGE RICHARD NIESS,
JENNIFER GINSBERG, SAFE HARBOR, DANE
COUNTY CPS, DANE COUNTY CIRCUIT COURT,
DAVID MITCHELL, and COURTNEY PLEIST,

                Defendants.

ORDER

16-cv-326-jdp

---

      Pro se plaintiff Valerie Kreger-Mueller filed two proposed civil actions alleging employment discrimination and violations of her due process rights. Her amended complaints failed to properly state a claim, so I dismissed them, but allowed her the opportunity to file a second and a third amended complaint. Case No. 16-cv-283-jdp, Dkt. 9, and Case No. 16-cv-326-jdp, Dkt. 6. I gave plaintiff until August 23, 2016, to do so and warned her that if she failed to respond, then I would enter judgment for defendants.

Plaintiff has responded with the same filings in both cases, so the court will consider them together. Plaintiff requests an extension of time to file her amended complaints. *See* Case No. 16-cv-283-jdp, Dkt. 10, and Case No. 16-cv-326-jdp, Dkt. 7. She cryptically cites recent illness and attaches notes from doctors confirming appointments back in June and July. Dkt. 7-1 and Dkt. 10-1. But plaintiff does not explain why doctor visits two months ago would prevent her from timely filing an amended complaint now. Those motions will be denied. However, plaintiff has moved again for an extension, stating that she is currently in the hospital and cannot access her documents or a computer. Dkt. 8 and Dkt. 11. I will grant the requested extensions, but the new deadlines will be firm. Any future extension requests or excuses must be corroborated with supporting evidence. If plaintiff fails to timely file her amended complaints, then I will direct the clerk to enter judgment in favor of defendants in both cases.

ORDER

IT IS ORDERED that:

1. Plaintiff Valerie Kreger-Mueller's motions for an extension, Case No. 16-cv-326-jdp, Dkt. 7; and Case No. 16-cv-283-jdp, Dkt. 10, are DENIED.

2. Plaintiff's second motions for an extension, Case No. 16-cv-326-jdp, Dkt. 8; and Case No. 16-cv-283-jdp, Dkt. 11, are GRANTED.

3. Plaintiff's amended complaints are due on October 7, 2016.

Entered August 29, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge